IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    1:25-MJ-225 (DJS) |
| | ) |
| | ) **Government's Unsealing Application** |
| v. | ) |
| | ) |
| **SHANE DALEY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

The United States of America, by and through its counsel of record, the Acting United States Attorney for the Northern District of New York, hereby applies to the Court to unseal the complaint issued on August 8, 2025 in the above-referenced proceeding. Sealing is no longer necessary because the defendant has been arrested.

Respectfully submitted,

Dated: August 13, 2025

JOHN A. SARCONE III
Acting United States Attorney

By:   */s/ Joshua R. Rosenthal*
Joshua R. Rosenthal
Assistant United States Attorneys
Bar Roll Nos. 700730 & 701897