UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                            1:25-mj-00225

SHANE DALEY,

                        Defendant.

### ORDER TO RELEASE DETAINED DEFENDANT

As the above-named Defendant has secured placement at BriteLife Recovery New York (2804 NY-42, West Kill, NY 12492), the Defendant shall be released from custody on **Tuesday, August 19, 2025 at 9:00 AM** and will be immediately picked up and transported, by Donna Novak, to the U.S. District Court for the Northern District of New York for placement of an electronic monitoring device, followed by an **11:00 a.m. hearing** in front of Judge Stewart, before being driven directly to the above-mentioned facility by Ms. Novak for a 28+-day inpatient program.

**IT IS SO ORDERED.**

DATED:     August 18, 2025
           Albany, New York

_____
Hon. Daniel J. Stewart
U.S. Magistrate Judge