UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                                          1:25-mj-225 (DJS)

Shane Daley,
            **Defendant**

---

**DANIEL J. STEWART**
**U.S. MAGISTRATE JUDGE**

## ORDER MODIFYING CONDITIONS OF RELEASE

The Order Setting Conditions of Release issued on 8/19/2025 regarding the above-named defendant is hereby modified and the following conditions are **added**:

(✓) (u)  Participate in one of the following monitoring or location restriction programs and abide by all the requirements of the program. The defendant must pay all or part of the cost of the program as determined by Pretrial Services based upon ability to pay.

(✓) (ii)  **Home Detention.** The Defendant is restricted to the Defendant's residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services or the Court.

(✓) (sc.3)  The Defendant must not use or possess any computer, cell phone, data storage device, cloud storage, or any other internet-capable device (computer equipment) unless he/she participates in the Internet and Computer Management Program (ICMP). When placed in the ICMP, the Defendant must comply with all the rules of the program and pay any costs associated with the program. Pretrial Services may use and/or install any hardware or software system that is needed to monitor the defendant's use of computer equipment. The Defendant must permit Pretrial Services to conduct periodic, unannounced examinations of any computer equipment he/she uses or possesses. This equipment may be removed by Pretrial Services or their designee for a more thorough examination. The defendant must provide any usernames, pin codes, passwords or other credentials used to access any devices or cloud storage he/she uses or possesses. The defendant's internet use may be limited and/or restricted in accordance with the ICMP based upon an evaluation of his/her risk and needs, along with consideration of the factors outlined in 18 U.S.C. § 3553(a). Failure to abide by the rules of the ICMP may result in immediate adverse action, to include, but not limited to, revocation of supervision.

All other conditions of release as previously imposed via the Order Setting Conditions of Release remain in full effect.

**DATED: October 20, 2025**

**IT IS SO ORDERED.**

_____
Honorable Daniel J. Stewart
United States Magistrate Judge