UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

UNITED STATES OF AMERICA,

    v.                                                                                          1:25-mj-00225

SHANE DALEY,

                        Defendant.
───────────────────────────────────────

## ORDER APPROVING WAIVER OF PRELIMINARY HEARING

Defendant made a post-treatment appearance at a status hearing on October 20, 2025 before the Honorable Daniel J. Stewart, U.S. Magistrate Judge.

Through counsel, Defendant voluntarily waived his right to a preliminary examination. In announcing that waiver, Defendant's counsel advised that they had explained the nature of the preliminary examination to the Defendant, including the consequences of any waiver of the right to such a preliminary examination, and that the Defendant was knowingly and voluntarily waiving his right to a preliminary examination with full knowledge of the consequences thereof. Defendant reserved his right to request such hearing at a later time, if necessary.

Based upon the foregoing, including Defendant's voluntary representations, it is hereby **ORDERED**, that Defendant's waiver of his right to a preliminary hearing without prejudice, which I find to have been knowing, intelligent, and voluntary, is accepted;

**SO ORDERED.**

DATED:    October 20, 2025
                Albany, New York

                                                                           _____
                                                                           Daniel J. Stewart
                                                                           U.S. Magistrate Judge